UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JEROME FILES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:23-cv-00770-MHH-SGC |
| DAVID POTTS, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

The magistrate judge entered a report on August 27, 2024, in which she recommended that the Court dismiss this this *pro se* petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, as moot or, alternatively, as premature for failure to exhaust administrative remedies. (Doc. 10). Although the report and recommendation advised the parties of the right to object, to date, the Court has not received objections, and the deadline to file objections has expired. (Doc. 10).

After consideration of the Court's electronic record in this case, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss Mr. Files's petition without prejudice as moot or, alternatively, as unexhausted.

**DONE** and **ORDERED** this September 19, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE